JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DAVIS WILLIAMS, | Case No. 2:20-cv-05005-JVS (MAA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| WILLIAM P. BARR et al., | |
| Defendants. | |

Pursuant to the Order of Dismissal filed herewith,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: September 16, 2020

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE